WILLIAM H. FULLER, Respondent, *v.* THE MUNICIPAL TELEGRAPH AND STOCK COMPANY, Appellant.

*Fuller* v. *Municipal Telegraph & Stock Co.*, 117 App. Div. 352, affirmed.
(Argued April 10, 1908; decided April 24, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 25, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover

certain sums of money paid as margins on the purchase and sale of certain shares of stock.

*D. Cady Herrick* and *John A. Delehanty* for appellant.

*James Jenkins* and *John A. Stephens* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.